PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: JOHNSON, Keni                                    Cr.: 07-00708-001
                                                                    PACTS #: 48304

Name of Sentencing Judicial Officer: Faith S. Hochberg, United States District Judge

Date of Original Sentence: 03/14/07

Original Offense: Use of Communications Device to Facilitate a Controlled Substance Offense

Original Sentence: 27 months imprisonment; 1 year supervised release; $100 special assessment.

Type of Supervision: Supervised Release                   Date Supervision Commenced: 12/06/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On August 27, 2010, the offender submitted a urine specimen which yielded positive results for marijuana. |
| 2 | On September 23, 2010, the offender submitted a urine specimen which yielded positive results for amphetamines. |

U.S. Probation Officer Action: This officer met with the offender to discuss his continued drug use. The offender contributed the positive urinalysis' to being a means of coping with some family stressors and self-medicating a physical ailment. He vowed to remain abstinent from this day forth. The offender will continue to participate in Code-A-Phone (a random drug testing program) and is also being referred to Narcotics Anonymous (NA) meetings.

Respectfully submitted,

By: Jamel H. Dorsey
U.S. Probation Officer

Date: 10/06/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10/25/2010
Date